**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Laurel Peyton,<br>PLAINTIFF(S)<br>v.<br>Wyndham Hotels and Resorts, LLC,<br>DEFENDANT(S). | CASE NUMBER:<br>5:24-cv-01575-SVW-RAO<br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 8/7/2024 | 9 | COUNTERCLAIM |

**IT IS HEREBY ORDERED:**

- ☑ The document is stricken
- ☐ The hearing date has been rescheduled to ______________________ at ____________.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☐ Other:

Counter Claimant is ordered to file a corrected version, within five days of this order.

Dated: 8/14/2024

By: ______________________
U.S. District Judge / ~~U.S. Magistrate Judge~~