Garrett A. Smee, Esq. (SBN 228055)
**RESNICK & LOUIS, P.C.**
9891 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone:  (714) 627-9411
Facsimile:   (714) 627-9411
E-mail: gsmee@rlattorneys.com
E-Service: mail@rlattorneys.com

Attorneys for Defendants/Counter-Claimants, CONTINUUM 33, LLC, dba Days Inn and DAYS INN WORLDWIDE, INC., Delaware limited liability companies

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT – EASTERN DIVISION

| | |
|---|---|
| LAUREL PEYTON,<br><br>                 Plaintiff,<br><br>        v.<br><br>DAYS INN WORLDWIDE, INC.;<br>CONTINUUM 33, LLC; MANAGER<br>IAN KAMINSKI; and DOES 1 to 50,<br>inclusive,<br><br>                 Defendants. | Case No. 5:24-cv-01575-SVW-RAO<br><br>**COUNTERCLAIM AGAINST AMAZON.COM, INC.**<br><br><br><br>*Complaint filed:*   *December 27, 2023*<br>*Trial date:*        *Not set* |
| CONTINUUM 33, LLC, dba Days Inn<br>and DAYS INN WORLDWIDE, INC.,<br>Delaware limited liability companies,<br><br>                 Counter-Claimants,<br><br>v.<br><br>AMAZON.COM, INC.,<br>                 Counter-Defendant. | |

COMES NOW Defendants/Counter-Claimants, CONTINUUM 33, LLC, dba

-1-

Days Inn and DAYS INN WORLDWIDE, INC., and allege the following causes of action against Counter-Defendant AMAZON.COM, INC., a Delaware Corporation, and ROES 1 – 10:

## FIRST CAUSE OF ACTION

### (Equitable Indemnity Against All Counter-Defendants)

1.     The true names and capacities, whether individual, corporate, associate, partnership or otherwise, of Counter-Defendants designated herein ROES 1 through 10, inclusively, and each of them, are unknown to the Cross-Counterclaimants who, therefore, sue said Cross-Defendants by such fictitious names and will amend this Counterclaim to show the true names and capacities when those have been ascertained. Counter-Claimant is informed and believes and thereon alleges that each of the Cross-Defendants designated herein as ROE is responsible in some manner for the events and happenings referred to therein.

2.     That at all times herein mentioned, the Counter-Defendants, and each of them, were the agents and/or employees of the other Counter-Defendants, and at all times mentioned herein were acting within the course and scope of said agency and employment.

3.     That at all times herein mentioned, the incident which gives rise to this action occurred in Riverside County, State of California.

4.     That Plaintiff, LAUREL PEYTON ("Plaintiff' or "PEYTON"), filed the original action, a Complaint, for alleged personal injury of Plaintiff for injuries arising from an incident occurring on or about April 6, 2024, from the use of a lounge chair while staying at Counter-Claimants hotel.

5.     Cross-Claimant CONTINUUM 33, LLC had recently purchased the lounge chair in question online on Amazon.com.

6.     AMAZON.COM, INC. and ROES 1 through 10 placed the lounge chair in the stream of commerce.

7.    That if Plaintiff was in fact damaged as alleged, or at all, which allegations are generally and specifically denied by this Cross-Claimants, and if this Cross-Claimant is held liable to Plaintiff, all Counter-Defendants have liability to Counter-Claimants, and must indemnity (i.e., reimburse) Counter-Claimants for all of that that liability.

## SECOND CAUSE OF ACTION

**(Contribution Against All Counter-Defendants and ROES 1 through 10)**

8.    Counter-Claimants repeat and re-allege each and every paragraph contained within the First Cause of Action and by reference incorporates the same herein as though fully set forth herein.

9.    In the event that Counter-Claimants are held liable Plaintiff or Plaintiff for said alleged damages, if any, Counter-Claimants allege that Counter-Defendants, and each of them, are also negligent, at fault in strict products liability, and/or otherwise legally at fault in causing Plaintiff s damages, if any, and that the conduct of said Counter-Defendants were a concurrent proximate cause of any alleged damage and/or damages.

10.    By reason of the foregoing, Counter-Claimants are entitled to partial equitable indemnity and/or contribution from Countr-Defendants, and each of them, in proportion to the negligence and/or fault of Counter-Defendants, and each of them.

## PRAYER

WHEREFORE, Counter-Claimants pray for judgment as follows:

1.    If there be a judgment against Counter-Claimants, then for judgment in that amount against the Counter-Defendants and each of them;

2.    For an order of this Court that Counter-Claimants are entitled to full indemnity and costs of defense from Counter-Defendants, and each of them, including any settlement or compromise entered into by Counter-Claimants or for any judgment entered against Counter-Claimants;

3.    That Counter-Claimants are entitled to recovery in a sum proportionate

COUNTERCLAIN AGAINST AMAZON.COM, INC.

to the amount of the negligence of the Counter-Defendants, and each of them, as determined at the trial of the matter under the doctrine of equitable indemnification and comparative negligence in that Counter-Defendants, and each of them, be required to pay a sum proportionate to their own negligence or fault as compared to the negligence or fault on the part of Counter-Claimants herein, if any;

4.    For costs of suit incurred herein, including but not limited to attorneys' fees if any, recoverable pursuant to statute and/or contract; and

5.    For such other and further relief as the court deems just and proper.

Dated: August 16, 2024          **RESNICK & LOUIS, P.C.**

By: _____
Garrett A. Smee, Esq.
Attorneys for Defendants/Counter-Claimants,
CONTINUUM 33, LLC, dba Days Inn and DAYS INN WORLDWIDE, INC., Delaware limited liability companies

-4-

COUNTERCLAIN AGAINST AMAZON.COM, INC.

## <u>PROOF OF SERVICE</u>

I am employed in the County of San Bernardino, State of California.  I am over the age of 18 and not a party to the within action. My business address is Resnick & Louis, P.C., 800 N. Haven Ave Suite 430. Ontario, CA 91764.

On August 16, 2024, I served the foregoing document(s) described as: **COUNTERCLAIM AGAINST AMAZON.COM, INC.** on interested parties in this action by sending a true copy of the document to the following parties as follows:

### SEE ATTACHED SERVICE LIST

☒ **By CM/ECF Notice of Electronic Filing.**  I electronically filed the document(s) with the Clerk of the Court by using CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **By United States Mail.  (Courtesy Copy)** I caused such sealed envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Rancho Cucamonga, CA. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ **By Overnight Delivery.** I caused such envelope(s) thereon fully prepaid to be placed via Federal Express I caused such envelope(s) thereon fully prepaid to be placed via Federal Express.

☒ **By Electronic Service.** Per C.C.P. §1010.6 subdivision (e), I caused the document(s) to be successfully transmitted via electronic mail to the offices of the addressees. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐ **By Electronic Mail Via Case Anywhere.** (Complying with Code Civ. Proc. § 1010.6), I caused the above-entitled document(s) to be served through Case Anywhere at https://www.caseanywhere.com addressed to all parties appearing on the electronic service list for the above-entitled case. The service transmission was reported as complete and a copy of the Case Anywhere Receipt/Confirmation Page will be maintained with the original document(s) in this office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed on August 16, 2024, at Rancho Cucamonga, California.

_____
Francesca T. Lopez
an Employee of Resnick & Louis, P.C.

---

PROOF OF SERVICE

## SERVICE LIST

| | |
|---|---|
| Arturo T. Salinas, Esq.<br>LAW OFFICES OF JACOB EMRANI<br>714 W. Olympic Blvd., Ste. 300<br>Los Angeles, CA 90015<br>T: (213) 748-7734<br>arturo@calijacob.com | *Attorney for Plaintiff*<br>LAUREL PEYTON |
| Julie Weiswasser, Esq.<br>Joselyn Rodriguez, Paralegal<br>DAYS INNS WORLDWIDE, INC.<br>Inhouse Counsel<br>22 Sylvan Way<br>Parsippany, New Jersey 07054<br>Phone (973) 753-6000<br>Paralegal (973) 753-7743<br>Fax (973) 753-4745<br>Julie.weiswasser@wyndham.com<br>joselyn.rodriguez@wyndham.com | *Attorney for Defendant*<br>DAYS INN WORLWIDE, INC. |

SERVICE LIST