Steven K. Hwang, Bar No. 216852
SKHwang@perkinscoie.com
Daniella M. Gutierrez, Bar No. 329289
DaniellaGutierrez@perkinscoie.com
PERKINS COIE LLP
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

Attorneys for "Counter Defendant"
Amazon.com, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREL PEYTON,<br><br>Plaintiff,<br><br>v.<br><br>DAYS IN WORLDWIDE, INC.; CONTINUUM 33, LLC; MANAGER IAN KAMINSKI; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01575-SVW-RAO<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIM AGAINST AMAZON.COM, INC.**<br><br>Cross-Complaint served: August 27, 2024<br><br>Current response date: September 17, 2024 |
| CONTINUUM 33, LLC, dba Days Inn and DAYS INN WORLDWIDE, INC., Delaware limited liability companies,<br><br>Counter Claimants,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Counter-Defendant. | |

Pursuant to Local Rule 7-1, the below-referenced parties, by and through their counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed her Complaint against defendants Days Inn Worldwide, Inc., Continuum 33, LLC, and Ian Kaminski (an individual), and Does 1 to 50, in the Superior Court of California, County of Riverside, on May 10, 2024

(the "Complaint").

WHEREAS, the action was removed by defendant CONTINUUM 33, LLC, dba Days Inn and WYNDHAM HOTELS & RESORTS, LLC, Delaware Limited Liability Companies to the United States District Court, Central District of California, Eastern Division, on July 26, 2024.

WHEREAS, Defendants/Counter-Claimants CONTINUUM 33, LLC, dba Days Inn and DAYS INN WORLDWIDE, INC., Delaware Limited Liability Companies ("Defendant/Counter-Claimants") filed a "Counterclaim Against Amazon.com, Inc." with the United States District Court, Central District of California, Eastern Division, on August 7, 2024.

WHEREAS, Amazon.com, Inc. was served with Counterclaim Against Amazon.com, Inc. on August 27, 2024.

WHEREAS, Amazon.com, Inc.'s initial deadline to respond to Counterclaim Against Amazon.com, Inc. is September 27, 2024.

WHEREAS, Defendants/Counter-Claimants and Amazon.com, Inc. stipulated to extend the deadline for Amazon.com, Inc. to respond to the Counterclaim Against Amazon.com, Inc. to October 17, 2024, to afford Amazon.com, Inc. the opportunity to evaluate the Complaint and Counterclaim Against Amazon.com, Inc.

WHEREAS, Defendants/Counter-Claimants and Amazon.com, Inc. agree that both judicial and party resources will be conserved by deferring Amazon.com, Inc.'s responsive pleading until October 17, 2024.

WHEREAS, this is the first extension of time provided to Amazon.com, Inc. to file a responsive pleading and no party to this action will be prejudiced by the proposed brief extension of time.

WHEREFORE, IT IS HEREBY STIPULATED by, between and among Defendants/Counter -Claimants and Amazon.com, Inc., and subject to the Court's

approval, that:

Amazon.com, Inc.'s deadline to answer or otherwise respond to Counterclaim Against Amazon.com, Inc. shall be extended from September 17, 2024 to October 17, 2024.

STIPULATED AND AGREED:

Dated: September 17, 2024 **PERKINS COIE LLP**

By: */s/ Daniella M. Gutierrez*
Steven K. Hwang
Daniella M. Gutierrez

Attorneys for Counter Defendant Amazon.com, Inc.

Dated: September 17, 2024 **RESNICK & LOUIS, P.C.**

By: */s/ Garrett A. Smee*
Garrett A. Smee

Attorneys for Defendant/Counter-Claimants Continuum 33, LLC, dba Days Inn and Days Inn Worldwide, Inc., Delaware Limited Liability Companies

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.