Garrett A. Smee, Esq. (SBN 228055)
**RESNICK & LOUIS, P.C.**
9891 Irvine Center Drive, Suite 200
Irvine, CA 92618
Telephone: (714) 627-9411
Facsimile: (714) 627-9411
E-mail: gsmee@rlattorneys.com
E-Service: mail@rlattorneys.com

Attorneys for Defendants/Counter-Claimants, CONTINUUM 33, LLC, dba Days Inn and DAYS INN WORLDWIDE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT – EASTERN DIVISION

| | |
|---|---|
| LAUREL PEYTON,<br>Plaintiff,<br><br>v.<br><br>DAYS INN WORLDWIDE, INC.; CONTINUUM 33, LLC; MANAGER IAN KAMINSKI; and DOES 1 to 50, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01575-SVW-RAO<br><br>**OPPOSITION TO AMAZON.COM, INC.'S RULE 12(b)(6) MOTION** |
| CONTINUUM 33, LLC, dba Days Inn and DAYS INN WORLDWIDE, INC., Delaware limited liability companies,<br><br>Counter-Claimants,<br><br>v.<br><br>AMAZON.COM, INC.,<br>Counter-Defendant. | *Complaint filed: December 27, 2023*<br>*Trial date: March 25, 2025* |

**TO: THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Defendants/Counter-Claimants (Counter-Claimants) hereby oppose the Rule 12(b)(6) motion of Amazon.com as moot. Counter-Claimants filed an amended Counter-Claim on Monday, October 28, 2024. (ROA #33).

Respectfully submitted,

Dated: November 1, 2024

**RESNICK & LOUIS, P.C.**

By: /s/ Garrett A. Smee

Garrett A. Smee, Esq.
Attorneys for Defendants/Counter-Claimants, CONTINUUM 33, LLC, dba Days Inn and DAYS INNS WORLDWIDE, INC.

## PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action. My business address is Resnick & Louis, P.C., 800 N. Haven Ave Suite 430. Ontario, CA 91764.

On November 1, 2024, I served the foregoing document(s) described as: **OPPOSITION TO AMAZON.COM, INC.'S RULE 12(b)(6) MOTION** on interested parties in this action by sending a true copy of the document to the following parties as follows:

**SEE ATTACHED SERVICE LIST**

☒ **By CM/ECF Notice of Electronic Filing.** I electronically filed the document(s) with the Clerk of the Court by using CM/ECF system. Participants in the case who are registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **By United States Mail. (Courtesy Copy)** I caused such sealed envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Rancho Cucamonga, CA. I am readily familiar with this business practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

☐ **By Overnight Delivery.** I caused such envelope(s) thereon fully prepaid to be placed via Federal Express I caused such envelope(s) thereon fully prepaid to be placed via Federal Express.

☒ **By Electronic Service.** Per C.C.P. §1010.6 subdivision (e), I caused the document(s) to be successfully transmitted via electronic mail to the offices of the addressees. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

☐ **By Electronic Mail Via Case Anywhere.** (Complying with Code Civ. Proc. § 1010.6), I caused the above-entitled document(s) to be served through Case Anywhere at https://www.caseanywhere.com addressed to all parties appearing on the electronic service list for the above-entitled case. The service transmission was reported as complete and a copy of the Case Anywhere Receipt/Confirmation Page will be maintained with the original document(s) in this office.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 1, 2024, at Rancho Cucamonga, California.

Francesca T. Lopez
an Employee of Resnick & Louis, P.C.

**SERVICE LIST**

| | |
|---|---|
| Arturo T. Salinas, Esq.<br>LAW OFFICES OF JACOB EMRANI<br>714 W. Olympic Blvd., Ste. 300<br>Los Angeles, CA 90015<br>T: (213) 748-7734<br>arturo@calijacob.com | *Attorney for Plaintiff*<br>LAUREL PEYTON |
| Julie Weiswasser, Esq.<br>Joselyn Rodriguez, Paralegal<br>DAYS INNS WORLDWIDE, INC.<br>Inhouse Counsel<br>22 Sylvan Way<br>Parsippany, New Jersey 07054<br>Phone (973) 753-6000<br>Paralegal (973) 753-7743<br>Fax (973) 753-4745<br>Julie.weiswasser@wyndham.com<br>joselyn.rodriguez@wyndham.com | *Attorney for Defendant*<br>DAYS INN WORLWIDE, INC. |