**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Laurel Peyton,<br>PLAINTIFF(S)<br>v.<br>Wyndham Hotels and Resorts, LLC,<br>DEFENDANT(S). | CASE NUMBER:<br>5:24-cv-01575-SVW-MAA<br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 02/11/2025 | 56 | MOTION for Summary Judgment |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

- ☐ The document is stricken
- ☐ The hearing date has been rescheduled to ____________________ at __________.
- ☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- ☑ Other:

The motion will proceed as scheduled before the Honorable Stephen V. Wilson, U.S. District Judge.

Dated: 2/14/2025

By: [signature]
STEPHEN V. WILSON, U.S. District Judge